1  MARTIN J. LAWLER (CSBN 77127)
   MAXINE BAYLEY (DC 490710)
2  Attorneys
      Lawler & Lawler
3     201 Filbert Street, Suite 400
      San Francisco, California 94133
4     Telephone: (415) 391-2010
      FAX: (415) 781-6181
5     Email: mlawler@aboutvisas.com

6  Attorneys for Plaintiff

FILED

2 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7

8

9                UNITED STATES DISTRICT COURT

10         FOR THE NORTHERN DISTRICT OF CALIFORNIA

11  Joaquin A. RODRIGUEZ TORRES          )
    Cornelia M. STEUBE                   )    Civil Case No.
12                                       )
                                         )  **C  07  3345  TEH**
13      Plaintiffs,                      )
                                         )
14      v.                               )    Agency Case Nos.   97-865-459
                                         )                       97-865-460
15  Gerard Heinauer, Director            )
    U.S. Citizenship & Immigration Services )
16  Nebraska Service Center,             )    COMPLAINT FOR A WRIT IN THE
                                         )    NATURE OF MANDAMUS
17  Dr. Emilio T. Gonzalez, Director     )
18  U.S. Citizenship & Immigration Services, )
                                         )
19  Michael Chertoff, Secretary of the U.S. )
20  Department of Homeland Security,     )
                                         )
21  Robert Mueller, Director,            )
    Federal Bureau of Investigation,     )
22                                       )
    Alberto Gonzales, Attorney General   )
23  U.S. Department of Justice           )
                                         )
24      Defendants.                      )
                                         )
25  _____)

26      This case is brought by Plaintiffs to compel completion of their FBI name checks so that their

27  applications for lawful permanent resident status, pending with Defendants since June 14, 2004,

28

COMPLAINT FOR A WRIT IN THE NATURE OF MANDAMUS
                        Page 1

1   may be adjudicated. Defendants have refused and failed to adjudicate Plaintiffs' cases to the
2   extreme detriment of Plaintiffs.

3                                        **PARTIES**

4       1. Plaintiff Joaquin A. Rodriguez Torres is a citizen of Argentina lawfully present in the
5   United States. His admission for permanent residence has been found by the U.S. Citizenship &
6   Immigration Services ("USCIS") to be in the national interest. Plaintiff Cornelia M. Steube, a
7   citizen of Germany, is Rodriguez Torres' wife. She has filed an application for permanent
8   resident status as Rodriguez Torres' dependent.

9       2. Defendant Gerard Heinauer is sued in his official capacity as the Director of the Nebraska
10  Service Center ("NSC") of the USCIS. He is charged by law with the obligation of adjudicating
11  applications for permanent residence.

12      3. Defendant Emilio T. Gonzalez is sued in his official capacity as the Director of USCIS.
13  He is the officer who oversees the activities of USCIS. He is charged by law with the obligation
14  of adjudicating applications for permanent residence.

15      4. Defendant Michael Chertoff is sued in his official capacity as the Secretary of the
16  Department of Homeland Security. He is the officer who oversees the activities of USCIS. He
17  is charged by law with the obligation of adjudicating applications for permanent residence.

18      5. Defendant Robert Mueller is sued in his official capacity as the Director of the Federal
19  Bureau of Investigation ("FBI"). The FBI is the agency currently charged with "clearing" aliens
20  for immigration benefits. The USCIS regularly attributes its delays to the FBI. The Special
21  Agent in Charge of the San Francisco office may be served at his office in San Francisco,
22  California.

23                                     **JURISDICTION**

24      6. This action arises under the U.S. Constitution and the Immigration and Nationality Act of
25  1952 ("INA"), 8 USC §1255. This Court has jurisdiction over this petition for writ of mandamus
26  pursuant to 28 USC §1331 (federal question jurisdiction), 5 USC §706 (the Administrative
27  Procedure Act), and 28 USC §1361 (the Mandamus Act).

28

COMPLAINT FOR A WRIT IN THE NATURE OF MANDAMUS
                                    Page 2

1

**VENUE**

2    7.  Venue in this district is proper under 28 USC §1391 because Plaintiffs live in this judicial

3    district.  Defendant U.S. Citizenship and Immigration Services ("USCIS"), an agency of the U.S.

4    Department of Homeland Security ("DHS"), has the authority to adjudicate Plaintiffs'

5    applications for adjustment of status to permanent residence (hereinafter the "application") and

6    the FBI, have offices in this judicial district.

7

**EXHAUSTION**

8    8.  USCIS owes Plaintiffs a duty to adjudicate their properly filed applications within a

9    reasonable time; it has neglected this duty for three years.  Plaintiffs have no adequate remedy

10   other than petitioning the Court's mandamus authority to redress the unreasonable delay in

11   processing their applications.

12

**STATEMENT OF FACTS**

13   9.  Plaintiff Rodriguez Torres' Declaration detailing the facts presented herein is attached as

14   Exhibit A.  Rodriguez Torres is an investment banker and Director of Semiconductor Investment

15   Banking for Deutsche Bank Securities Inc. located at 101 California Street, 46th Floor San

16   Francisco, California 94111.  He specializes in financing technology companies.

17   10. Rodriguez Torres originally entered the U.S. with an F-1 student visa and later changed

18   status to an H-1B visa as a specialist to work for Lehman Brothers.  On June 14, 2004,

19   Rodriguez Torres filed a national interest immigrant visa petition, Form I-140.  That application

20   was approved on September 8, 2005.  Also on June 14, 2004, Rodriguez Torres and his wife

21   filed applications for adjustment of status per 8 USC §1255 with the California Service Center of

22   the USCIS.  The I-140 approval and adjustment receipt notices are included at Exhibit B.

23   Rodriguez Torres then moved to Deutsche Bank Securities, Inc. where he legally works with an

24   employment authorization document issued by the USCIS.  USCIS subsequently transferred the

25   adjustment applications to the NSC.  The transfer notices are attached as Exhibit C.

26   11. USCIS should have submitted the Plaintiffs' FBI name check requests on or about June

27   14, 2004.  Plaintiffs were fingerprinted by Defendants on August 4, 2004, October 5, 2005, and

28   March 7, 2007.  Evidence of the fingerprinting is included herein at Exhibit D.

12. Defendants' email to Plaintiffs' counsel stating their applications remain pending subject to obtaining FBI name checks is at Exhibit E.

13. Despite eligibility for permanent residence, Plaintiffs' applications remain unadjudicated. Defendants have had all the information required to obtain an FBI name check for Plaintiffs since their adjustment applications were first submitted three years ago. Defendants' refusal to act is arbitrary, willful, unreasonable and prejudicial to Plaintiffs.

14. Immigrants who choose not to apply for adjustment of status per 8 USC §1255 after approval of an I-140 visa petition may apply for an immigrant visa via an American consul overseas which grants the applicant an immigrant visa. Permanent resident status is issued upon arrival in the U.S. Consuls obtain the needed FBI and other clearances in a few days or weeks. Immigrant visa applicants do not face years of delay as have Plaintiffs.

15. Plaintiffs have been and will continue to be damaged by Defendants' failure to act. For example, Plaintiffs must obtain annual work permits and travel parole documents to work and attend business meetings or otherwise travel outside the U.S. Plaintiffs also have other disadvantages of not being secure legal residents. Plaintiffs were recently denied a favorable life insurance term solely because they are not permanent residents. Plaintiff Rodriguez Torres recently had to cancel a critical business trip to Taiwan because his travel document had not yet been processed.

16. Plaintiffs continue to suffer emotional harm because of the uncertainty of their status in the United States. Plaintiffs have been damaged by the interminable pendency of their applications and cannot begin to accrue the necessary five years' residence and physical presence to qualify for U.S. Citizenship.

17. In violation of the Administrative Procedures Act, Defendants are unreasonably delaying and unlawfully withholding action on Plaintiffs' applications. This failure to perform their legal duty has forced Plaintiff to hire an attorney to bring this action.

## FIRST CLAIM FOR RELIEF

18. Plaintiffs re-allege and incorporate by reference paragraphs 1 through 17 above.

19. Defendants owe Plaintiffs a clear and certain duty to adjudicate their applications within a reasonable time period. Plaintiffs freely admit that USCIS has no duty to *approve* the applications; USCIS does have a duty, however, to *adjudicate* the applications and either approve or deny the applications on a timely basis, pursuant to 8 USC §1255, 5 USC §555, 706, and the Due Process Clause of the Constitution.

20. USCIS has given no indication that an adjudication of Plaintiffs' applications is forthcoming. A delay of three years is unreasonable for an application for adjustment of status to lawful permanent resident. Defendants have, therefore, failed to perform their assigned duties.

21. Plaintiffs have suffered and will continue to suffer irreparable injury as a result of the Defendants' failure to adjudicate their adjustment applications. Plaintiffs have experienced and will continue to experience hardship as a result of the inordinate and unreasonable delays in obtaining lawful permanent resident status to which they are entitled pursuant to the laws enacted by Congress, including restrictions on their ability to travel abroad, and eventually become U.S. citizens. Plaintiffs have no other adequate remedy other than a mandamus action.

## RELIEF REQUESTED

22. Plaintiffs respectfully request that this Court assume jurisdiction over this action; issue a Writ of Mandamus compelling Defendants to act on the pending Plaintiffs' FBI name checks which are needed to adjudicate the applications for adjustment of status, adjudicate the applications for adjustment of status, award Plaintiffs reasonable costs and attorneys' fees; and award such further relief as the Court deems just or appropriate.

DATED: June 25, 2007                     Respectfully submitted,

MARTIN J. LAWLER

COMPLAINT FOR A WRIT IN THE NATURE OF MANDAMUS
                              Page 5

1   | MARTIN J. LAWLER (CSBN 77127)
2   | MAXINE BAYLEY (DC 490710)
    | Attorneys
3   |    Lawler & Lawler
    |    201 Filbert Street, Suite 400
4   |    San Francisco, California 94133
    |    Telephone: (415) 391-2010
5   |    FAX: (415) 781-6181
    |    Email: mlawler@aboutvisas.com
6   |
    | Attorneys for Plaintiff
7   |
8   |
9   |              UNITED STATES DISTRICT COURT
10  |          FOR THE NORTHERN DISTRICT OF CALIFORNIA
11  | Joaquin A. RODRIGUEZ TORRES      )
12  | Cornelia M. STEUBE              )    Civil Case No.
    |                                  )
13  |        Plaintiffs,              )
    |                                  )
14  |        v.                       )    Agency Case Nos.    97-865-459
    |                                  )                        97-865-460
15  | Gerard Heinauer, Director        )
16  | U.S. Citizenship & Immigration Services )
    | Nebraska Service Center,         )    CERTIFICATE OF INTERESTED ENTITIES
17  |                                  )    OR PERSONS
    | Dr. Emilio T. Gonzalez, Director )
18  | U.S. Citizenship & Immigration Services, )
19  | Michael Chertoff, Secretary of the U.S. )
20  | Department of Homeland Security, )
    |                                  )
21  | Robert Mueller, Director,        )
    | Federal Bureau of Investigation, )
22  |                                  )
    | Alberto Gonzales, Attorney General )
23  | U.S. Department of Justice       )
    |                                  )
24  |        Defendants.              )
25  | _____)
26  |
    |        CERTIFICATE OF INTERESTED ENTITIES OR PERSONS
27  |
28  |
    | CERTIFICATE OF INTERESTED ENTITIES OR PERSONS
    |                        [-1-]

1    Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than

2    named parties, there is no such interest to report.

3

4

5                                            Respectfully submitted,

6

7

8    DATED: June 25, 2007

9                                            MARTIN J. LAWLER

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS
                          [-2-]

1  | MARTIN J. LAWLER (CSBN 77127)
2  | MAXINE BAYLEY (DC 490710)
   | Attorneys
3  |     Lawler & Lawler
   |     201 Filbert Street, Suite 400
4  |     San Francisco, California 94133
   |     Telephone: (415) 391-2010
5  |     FAX: (415) 781-6181
   |     Email: mlawler@aboutvisas.com
6  | Attorneys for Plaintiff
7
8
9  |                    UNITED STATES DISTRICT COURT
10 |            FOR THE NORTHERN DISTRICT OF CALIFORNIA
11 | Joaquin A. RODRIGUEZ TORRES        )
   | Cornelia M. STEUBE                 )    Civil Case No.
12 |                                    )
   |                                    )
13 |        Plaintiffs,                 )
   |                                    )
14 |     v.                             )    Agency Case Nos.    97-865-459
   |                                    )                        97-865-460
15 | Gerard Heinauer, Director          )
16 | U.S. Citizenship & Immigration Services )
   | Nebraska Service Center,           )    CERTIFICATE OF SERVICE
17 |                                    )
   | Dr. Emilio T. Gonzalez, Director   )
18 | U.S. Citizenship & Immigration Services, )
19 |                                    )
   | Michael Chertoff, Secretary of the U.S. )
20 | Department of Homeland Security,   )
   |                                    )
21 | Robert Mueller, Director,          )
   | Federal Bureau of Investigation,   )
22 |                                    )
   | Alberto Gonzales, Attorney General )
23 | U.S. Department of Justice         )
   |                                    )
24 |        Defendants.                 )
   |                                    )
25
26
27
28

CERTIFICATE OF SERVICE

1

## CERTIFICATE OF SERVICE

2   I hereby certify that a copy of the foregoing complaint and attached documents were, on this

3   date, served upon all counsel of record and defendants by placing a copy of the same in the

4   United States Mail, postage paid, and sent to the their last known address as follows:

5

6   Edward Olsen, AUSA
7   U.S. Department of Justice
    450 Golden Gate Ave
8   10th Floor, Box 36055
    San Francisco, CA 94102

Alberto Gonzales, U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

9   Gerard Heinauer, Director
10  U.S. Citizenship & Immigration Services
    Nebraska Service Center
11  P.O. Box 82521
    Lincoln, NE 68501-2521

Emilio T. Gonzalez, Director
U.S. Citizenship & Immigration Services
20 Massachusetts Ave., NW
Washington, DC 20529

12
13  Michael Chertoff, Director
    U.S. Dept. of Homeland Security
14  Washington, DC 20528

Robert Mueller, Director
Federal Bureau of Investigation (FBI)
J. Edgar Hoover Building
935 Pennsylvania Ave., NW
Washington, DC 20535-0001

15

16

17  San Francisco, CA this 25th day of June, 2007.

18

19

20  Maxine D. Bayley
    On Behalf of Plaintiffs
21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

Page 2

**EXHIBIT A**

1

## DECLARATION

2  I, Joaquin A. Rodriguez Torres, hereby state and declare as follows:

3     1. My name is Joaquin A. Rodriguez Torres. I reside at 811 Sun Blossom Lane, Redwood
4       City, CA 94065. I am a citizen of Argentina and have a pending application for
5       permanent residence. My wife has a pending application as my dependant. I make this
6       Declaration in support of an action for mandamus by which I hope to obtain an order
7       instructing the FBI to complete my and my wife's FBI name checks so that our
8       applications can be adjudicated.

9     2. I am married to Cornelia M. Steube, a citizen of Germany. We have three U.S. citizen
10      children together. We all live together in the home we own in Redwood City. We
11      recently bought a second home in Alpine Meadows, CA.

12    3. I originally entered the United States with an F-1 visa to complete my Masters degree in
13      Business Administration at the University of Virginia, where I graduated with honors. I
14      subsequently changed status to H-1B to work for Lehman Brothers. On June 14, 2004, I
15      filed an immigrant visa petition (Form I-140) under the national interest category, which
16      was approved on September 8, 2005. On June 14, 2004 my wife and I also filed
17      applications for adjustment of status with the California Service Center of the USCIS.
18      These applications were thereafter transferred to the Nebraska Service Center for
19      processing. I have been issued work and travel ("parole letter") permits which must be
20      extended annually.

21    4. I now work for Deutsche Bank Securities, Inc. as an investment banker. My title is
22      Director Semiconductor Investment Banking. I arrange funding for start up companies,
23      take corporations public, and help companies merge and acquire businesses in the
24      specialized semiconductor industry. For example, I have recently arranged a $6 billion
25      funding to finance a $10 billion buyout of a semiconductor company. My team has
26      advised about 50% of the semiconductor companies that went public in the NASDAQ in
27      the last two years.

28

5. My wife and I have been fingerprinted for our adjustment applications three times by the USCIS – August 4, 2004, October 5, 2005, and March 7, 2007. The USCIS appointment notices are attached at Exhibit D.

6. Our attorney has received an email from USCIS indicating that our applications remain pending the completions of an FBI name check. This communication is attached to our complaint at Exhibit E.

7. We must extend our work and travel permits annually which I need to travel. My occupation requires that I travel frequently and usually on short notice, to international locations for business meetings. Recently, I had to cancel a trip to Taiwan for a multibillion-dollar transaction, because my travel documents have not been processed, despite having been filed with the Nebraska Service Center on April 18, 2007. Thus, not being a permanent resident is adversely affecting my work. I understand that after July 30, 2007, the annual USCIS filing fees to extend my and my wife's temporary work and travel permits will be in excess of $600.

8. I want to be secure in the United States as a permanent resident and apply for citizenship as soon as I can so that I may vote, travel with a U.S. passport and be able to sponsor my close relatives for permanent resident status. There are other detriments to not being a permanent resident of the U.S. For example, I cannot get favorable life insurance terms for me or my wife solely because we are not permanent residents.

9. I am eligible for permanent residence. We own property here, have American children and I ask this Court to stop this bureaucratic delay and to order the FBI to complete the name check and for my wife and I and order USCIS to adjudicate our applications.

Everything in this declaration is true and correct.

$\overline{JUNE \quad 2\sqrt{}, \quad 2007}$
Date

$\overline{\hspace{3cm}}$
Joaquin A. Rodriguez Torres

DECLARATION OF JOAQUIN A. RODRIGUEZ TORRES
Page 2

**EXHIBIT  B**

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER WAC-04-183-50797 | | CASE TYPE I140 IMMIGRANT PETITION FOR ALIEN WORKER |
|---|---|---|
| RECEIPT DATE June 16, 2004 | PRIORITY DATE June 14, 2004 | PETITIONER RODRIGUEZ TORRES, JOAQUIN A. |
| NOTICE DATE September 8, 2005 | PAGE 1 of 1 | BENEFICIARY A97 865 459 RODRIGUEZ TORRES, JOAQUIN A. |

| | |
|---|---|
| JOAQUIN A. RODRIGUEZ TORRES 811 SUN BLOSSOM LN REDWOOD CITY CA 94065 | **Notice Type:** Approval Notice Section: Indiv w/Adv Deg or Exceptional Ability in the National Interest |

Courtesy Copy: Original sent to: KOERNER ESQ, ANDREW S

This courtesy notice is to advise you of action taken on this case. The official notice has been mailed to the attorney or representative indicated above. Any relevant documentation included in the notice was also mailed as part of the official notice.

The above petition has been approved. The person this petition is for will be notified separately when a decision is reached on his or her pending adjustment of status application.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

This courtesy copy may not be used in lieu of official notification to demonstrate the filing or processing action taken on this case.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

---

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**



# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE  I485    APPLICATION TO ADJUST TO PERMANENT |
|---|---|---|
| WAC-04-183-50764 | | RESIDENT STATUS |
| RECEIVED DATE | PRIORITY DATE | APPLICANT    A97 865 459 |
| June 14, 2004 | | RODRIGUEZ TORRES, JOAQUIN A. |
| NOTICE DATE | PAGE | |
| June 16, 2004 | 1 of 1 | |

| | |
|---|---|
| ANDREW  S. KOERNER ESQ<br>LEAF & ASSOCIATES<br>RE: JOAQUIN ALBERTO CELESTINO RODR<br>100 S E 2ND STREET STE 2330<br>MIAMI FL 33131 | **Notice Type:**  Receipt Notice<br><br>Amount received: $  385.00<br>Section: Adjustment as direct<br>               beneficiary of immigrant<br>               petition |

The above application or petition has been received.  It usually takes 730 to 730 days from the date of this receipt for us to process this type of case.  Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case.  You can also use the phone number (800) 375-5293 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**.  If you are hearing impaired, please call our TDD at **1-800-767-1833**.

You can also visit the INS on the internet at www.bcis.gov. On our web site you can get up-to-date case status information on your case and find valuable information about immigration services and benefits.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**



Form I 797 (Rev. 09/07/93)N

# THE UNITED STATES OF AMERICA

| | | | |
|---|---|---|---|
| **RECEIPT NUMBER**<br>WAC-04-183-51084 | | **CASE TYPE** I485    APPLICATION TO ADJUST TO PERMANENT<br>RESIDENT STATUS | |
| **RECEIVED DATE**<br>June 14, 2004 | **PRIORITY DATE** | **APPLICANT** A97 865 460<br>STEUBE, CORNELIA M. | |
| **NOTICE DATE**<br>June 16, 2004 | **PAGE**<br>1 of 1 | | |

| | |
|---|---|
| ANDREW KOERNER ESQ<br>LEAF & ASSOCAITES LLC<br>RE: CORNELIA MARIANA STEUBE<br>100 SE 2ND STREET STE 2330<br>MIAMI FL 33131 | **Notice Type:**  Receipt Notice<br><br>Amount received: $  385.00<br>Section: Adjustment as direct<br>            beneficiary of immigrant<br>            petition |

The above application or petition has been received.  It usually takes 730 to 730 days from the date of this receipt for
us to process this type of case.  Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case.  You can also use the phone number (800)
375-5283 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and
the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and
Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**.  If you are
hearing impaired, please call our TDD at **1-800-767-1833**.

You can also visit the INS on the internet at www.bcis.gov.  On our web site you can get up-to-date case status
information on your case and find valuable information about immigration services and benefits.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone:** (800) 375-5283



Form I-797 (Rev. 09/07/93)N

**EXHIBIT C**

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

| | | | |
|---|---|---|---|
| **RECEIPT NUMBER**<br>WAC-04-183-50764 | | **CASE TYPE** I485 APPLICATION TO ADJUST TO PERMANENT<br>RESIDENT STATUS | |
| **RECEIPT DATE**<br>June 16, 2004 | **PRIORITY DATE** | **APPLICANT** A097 865 459<br>RODRIGUEZ TORRES, JOAQUIN A. | |
| **NOTICE DATE**<br>March 6, 2007 | **PAGE**<br>1 of 1 | | |

JOAQUIN A. RODRIGUEZ TORRES
811 SUN BLOSSOM LN
REDWOOD CITY CA 94065

**Notice Type:** Transfer Notice

This is to advise you that in order to speed up processing we have transferred the above case to the following USCIS office for processing:

Nebraska Service Center, P.O. BOX 82521, Lincoln, NE 68501-2521

That office will notify you of the decision made on the application or petition.

Please read the following information before attempting to contact the National Customer Service Center for an update:

Please refer to the USCIS processing dates webpage, via the USCIS home webpage **http://www.uscis.gov/graphics/index.htm**, to locate the processing dates for the specific service center that your case was transferred to. If the service center is within processing time for your particular application or petition, USCIS cannot provide an update on your case. If the service center is outside of processing time for your particular application or petition, please call Customer Service at 1-800-375-5283 to request an update.

Please read the following information if you submitted a Premium Processing application or petition:

Please contact the Premium Processing phone number at 1-866-315-5718 for inquiries. The 15-day Premium Processing clock does not start until the correct office receives the application or petition.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**



# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE I485    APPLICATION TO ADJUST TO PERMANENT |
|---|---|---|
| WAC-04-183-51084 | | RESIDENT STATUS |
| RECEIPT DATE | PRIORITY DATE | APPLICANT    A097 865 460 |
| June 16, 2004 | | STEUBE, CORNELIA M. |
| NOTICE DATE | PAGE | |
| March 6, 2007 | 1 of 1 | |

CORNELIA M. STEUBE
811 SUN BLOSSOM LN
REDWOOD CITY CA 94065

**Notice Type:**   Transfer Notice

This is to advise you that in order to speed up processing we have transferred the above case to the following USCIS
office for processing:

       Nebraska Service Center, P.O. BOX 82521, Lincoln, NE 68501-2521

That office will notify you of the decision made on the application or petition.

Please read the following information before attempting to contact the National Customer Service Center for an update:

Please refer to the USCIS processing dates webpage, via the USCIS home webpage **http://www.uscis.gov/graphics/index.htm**,
to locate the processing dates for the specific service center that your case was transferred to.  If the service center
is within processing time for your particular application or petition, USCIS cannot provide an update on your case.  If
the service center is outside of processing time for your particular application or petition, please call Customer
Service at 1-800-375-5283 to request an update.

Please read the following information if you submitted a Premium Processing application or petition:

Please contact the Premium Processing phone number at 1-866-315-5718 for inquiries.  The 15-day Premium Processing clock
does not start until the correct office receives the application or petition.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**



**EXHIBIT D**

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797C Notice of Action

# THE UNITED STATES OF AMERICA

| ASC Appointment Notice | APPLICATION NUMBER WAC0418350764 | | NOTICE DATE 2/21/2007 |
|---|---|---|---|
| **CASE TYPE** I485 Application to Register Permanent Resident or Adjust Status | **SOCIAL SECURITY NUMBER** | **USCIS A#** A097865459 | **CODE** 1 |
| | **TCR** | **SERVICE CENTER** WSC | **PAGE** 1 of 1 |

JOAQUIN A RODRIGUEZ TORRES
811 SUN BLOSSOM LN
REDWOOD CITY, CA 94065

MAR 0 7 2007

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

**APPLICATION SUPPORT CENTER**
USCIS SAN FRANCISCO
250 BROADWAY STREET
SAN FRANCISCO, CA 94111

**PLEASE READ THIS ENTIRE NOTICE CAREFULLY.**

**DATE AND TIME OF APPOINTMENT**
03/07/2007
1:00 PM

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
**1. THIS APPOINTMENT NOTICE** and
**2. PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

**REQUEST FOR RESCHEDULING**

☐ Please reschedule my appointment. Upon receipt of your request, you will be provided a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to USCIS SAN FRANCISCO, 250 BROADWAY STREET, SAN FRANCISCO, CA 94111

**APPLICATION NUMBER 1**
I485  -  WAC0418350764



If you have any questions regarding this notice, please call 1-800-375-5283.

**WARNING!**

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*



## ASC Appointment Notice

| APPLICATION NUMBER | | NOTICE DATE |
|---|---|---|
| WAC0418351084 | | 2/21/2007 |

| CASE TYPE | SOCIAL SECURITY NUMBER | USCIS A# | CODE |
|---|---|---|---|
| I485  Application to Register Permanent Resident or Adjust Status | | A097865460 | 1 |
| | TCR | SERVICE CENTER | PAGE |
| | | WSC | 1 of 1 |

CORNELIA M STEUBE
811 SUN BLOSSOM LN
REDWOOD CITY, CA 94065

ON MAR 0 7 2007

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

**APPLICATION SUPPORT CENTER**

USCIS SAN FRANCISCO
250 BROADWAY STREET
SAN FRANCISCO, CA 94111

**PLEASE READ THIS ENTIRE NOTICE CAREFULLY.**

**DATE AND TIME OF APPOINTMENT**
03/07/2007
1:00 PM

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
**1. THIS APPOINTMENT NOTICE** and
**2. PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

**REQUEST FOR RESCHEDULING**

☐ Please reschedule my appointment. Upon receipt of your request, you will be provided a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to USCIS SAN FRANCISCO, 250 BROADWAY STREET, SAN FRANCISCO, CA 94111

**APPLICATION NUMBER 1**

I485       -   WAC0418351084



If you have any questions regarding this notice, please call 1-800-375-5283.

**WARNING!**

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

# THE UNITED STATES OF AMERICA

# ASC Appointment Notice

| | NOTICE DATE 09/22/2005 |
|---|---|

| CASE TYPE<br>I485  Application to Register Permanent Resident or Adjust Status | SOCIAL SECURITY NUMBER | USCIS A#<br>A097865460 |
|---|---|---|

| APPLICATION NUMBER<br>WAC0418351084 | CODE<br>3 | SERVICE CENTER<br>WSC | PAGE<br>1 of 1 |
|---|---|---|---|

CORNELIA STEUBE
811 SUN BLOSSOM LN
REDWOOD CITY, CA 94065

BIOMETRICS PROCESSING STAMP

ASC SITE CODE: *XTD*
BIOMETRICS QA REVIEW BY:
*8Lp* ON OCT 0 5 2005
TENPRINTS QA REVIEW BY:
*S7g1X* ON OCT 0 5 2005

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.

**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below.
**RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED
BELOW AND FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| **APPLICATION SUPPORT CENTER** | **DATE AND TIME OF APPOINTMENT** |
|---|---|
| USCIS SAN FRANCISCO | 10/05/2005 |
| 250 BROADWAY STREET | 12:00 PM |
| SAN FRANCISCO, CA 94111 | |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
**1. THIS APPOINTMENT NOTICE** and
**2. PHOTO IDENTIFICATION.**  Naturalization applicants must bring their Alien Registration Card.  All other applicants must bring a passport,
driver's license, national ID, military ID, or State-issued photo ID.  If you appear without proper identification, your biometrics may not be taken.

## REQUEST FOR RESCHEDULING

Please reschedule my appoinment for the next available:  ☐ Wednesday afternoon    ☐ Saturday afternoon

U. S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible.

Upon receipt of your request, you will be provided a new appointment notice.  Please mail your request to:

USCIS SAN FRANCISCO
250 BROADWAY STREET
SAN FRANCISCO, CA 94111

**APPLICATION NUMBER 1**
I485   -   WAC0418351084

If you have any questions regarding this notice, please call 1-800-375-5283.

## WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics
worksheet should accompany you.*
*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will
interfere with taking your biometrics.*

THE UNITED STATES OF AMERICA

| **ASC Appointment Notice** | | | **NOTICE DATE**<br>09/22/2005 |
|---|---|---|---|
| **CASE TYPE**<br>I485  Application to Register Permanent Resident or Adjust Status | | **SOCIAL SECURITY NUMBER** | **USCIS A#**<br>A097865459 |
| **APPLICATION NUMBER**<br>WAC0418350764 | **CODE**<br>3 | **SERVICE CENTER**<br>WSC | **PAGE**<br>1 of 1 |

JOAQUIN RODRIGUEZ TORRES
811 SUN BLOSSOM LN
REDWOOD CITY, CA 94065

BIOMETRICS PROCESSING STAMP

ASC SITE CODE: _____
BIOMETRICS QA REVIEW BY: OCT 0 5 2005
ON _____
TENPRINTS QA REVIEW BY: OCT 0 5 2005
ON _____

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.

**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**

If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below.

**RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION.  IF YOU FAIL TO APPEAR AS SCHEDULED BELOW AND FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| **APPLICATION SUPPORT CENTER** | **DATE AND TIME OF APPOINTMENT** |
|---|---|
| USCIS SAN FRANCISCO | 10/05/2005 |
| 250 BROADWAY STREET | 12:00 PM |
| SAN FRANCISCO, CA 94111 | |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.**  Naturalization applicants must bring their Alien Registration Card.  All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID.  If you appear without proper identification, your biometrics may not be taken.

**REQUEST FOR RESCHEDULING**

Please reschedule my appoinment for the next available:  ☐ Wednesday afternoon  ☐ Saturday afternoon

U. S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible.

Upon receipt of your request, you will be provided a new appointment notice.  Please mail your request to:

USCIS SAN FRANCISCO
250 BROADWAY STREET
SAN FRANCISCO, CA 94111

**APPLICATION NUMBER I**
I485      ·  WAC0418350764

If you have any questions regarding this notice, please call 1-800-375-5283.

**WARNING!**

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*



## DBI TENPRINTER Applicant Information Worksheet (AIW)

When you have completed this worksheet, turn it into the receptionist. Have this worksheet, your appointment notification letter and picture identification available.

NAME: RODRiGUEZ TORRES, JOAQUIN ALBERTO
Last       First       Middle       Suffix

DATE OF BIRTH: 1971 06 19    PHONE #: (660) 592 5096
      Year   Month   Day

PLACE OF BIRTH: ARGENTINA      SEX: (Male or Female) MALE

**RACE:** Check the most appropriate code below:

___ American Indian or Alaskan Native    ___ Black    ✓ White (Hispanic also check)

___ Asian or Pacific Island    ___ Unknown

**HEIGHT:** 5 Feet 9 Inches       **WEIGHT:** 185 Pounds

**EYE COLOR:** Check the most appropriate code below:

___ Black ___ Brown ✓ Green ___ Gray ___ Pink ___ Hazel ___ Blue ___ Maroon

**HAIR COLOR:** Check the most appropriate code below:

___ Black ___ Bald ___ White ___ Sandy ___ Red ___ Gray ___ Blonde ✓ Brown

**COUNTRY OF CITIZENSHIP:** ARGENTINA

**SOCIAL SECURITY NUMBER:** 223 - 86 - 4110

**ALIEN REGISTRATION NUMBER:** A 097 865 459

**LIST ANY OTHER NAMES YOU HAVE USED:**

_____

Last       First       Middle       Suffix

**RESIDENCE ADDRESS:**

34 WATERSIDE CIR.   —   REDWOOD CITY   CA   94065
Street number and name    Apartment #    City    State    Zip Code

**REASON FOR FINGERPRINT APPLICATION: (I-485, I-589, I-600, I-821, N-400):** I-485

```
              LOCAL AIW STAMP
FD-258 Completed at INS/ASC:    SFR / XTD

On:  8/4/04   By:  827326

QC Check Completed By: _____
```

$( \, q \, )$

# DBI TENPRINTER Applicant Information Worksheet (AIW)

When you have completed this worksheet, turn it into the receptionist. Have this worksheet, your appointment notification letter and picture identification available.

NAME: __STEUBE__ __CORNELIA__ __M.__
   Last            First              Middle           Suffix

DATE OF BIRTH: __1970__ __05__ __29__   PHONE #: __650 592 5096__
              Year      Month    Day

PLACE OF BIRTH: __GERMANY__   SEX: (Male or Female) __FEMALE__

RACE: Check the most appropriate code below:

___ American Indian or Alaskan Native   ___ Black   _X_ White (Hispanic also check)

___ Asian or Pacific Island   ___ Unknown

HEIGHT: __5__ Feet __9__ Inches   WEIGHT: __165__ Pounds

EYE COLOR: Check the most appropriate code below:

___Black ___Brown ___Green ___Gray ___Pink ___Hazel _X_Blue ___Maroon

HAIR COLOR: Check the most appropriate code below:

___Black ___Bald ___White ___Sandy ___Red ___Gray _X_Blonde ___Brown

COUNTRY OF CITIZENSHIP: __GERMANY__

SOCIAL SECURITY NUMBER: _____ -- __0__ -- _____

ALIEN REGISTRATION NUMBER: A __097 865 460__

LIST ANY OTHER NAMES YOU HAVE USED:

__Steube__   __Cornelia__   __Mariana__
   Last          First           Middle          Suffix

RESIDENCE ADDRESS:

__34 WATERSIDE CIR__   __REDWOODCITY CA__   __94065__
Street number and name   Apartment #   City      State      Zip Code

REASON FOR FINGERPRINT APPLICATION: (I-485, I-589, I-600, I-821, N-400): __I-485__

```
                    LOCAL AIW STAMP
FD-258 Completed at INS/ASC:    SFR / XTD
On: _8/14/08_ By: _5/16/1/2_
QC Check Completed By: _____
```

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**



THE UNITED STATES OF AMERICA

| Fingerprint Notification | | | NOTICE DATE July 01, 2004 |
| --- | --- | --- | --- |
| **CASE TYPE** I485     Application To Register Permanent Residence Or Adjust Status | | | **INS A#** A 097 865 459 |
| **APPLICATION NUMBER** FPS*002569888 | **RECEIVED DATE** June 14, 2004 | **PRIORITY DATE** June 14, 2004 | **PAGE** 1 of 1 |

**APPLICANT NAME AND MAILING ADDRESS**

JOAQUIN A RODRIGUEZ TORRES
34 WATERSIDE CIRCLE
REDWOOD CITY CA 94065

|..|..|..|||..||..||..|||..||..||

To process your application, INS must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| **APPLICATION SUPPORT CENTER** | **DATE AND TIME OF APPOINTMENT** |
| --- | --- |
| INS SAN FRANCISCO 250 BROADWAY STREET SAN FRANCISCO CA 94111 | 08/04/2004 08:00 AM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
**1. THIS APPOINTMENT NOTICE and**
**2. PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

---

**REQUEST FOR RESCHEDULING**

Please reschedule my appointment for the next available:   ☐ Wednesday afternoon     ☐ Saturday afternoon

INS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

INS SAN FRANCISCO
250 BROADWAY STREET
SAN FRANCISCO CA 94111

If you have any questions regarding this notice, please call 1-800-375-5283.     APPLICANT COPY

**APPLICATION NUMBER**
FPS*002569888

**WARNING!**
*Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

Form I-797 (Rev. 11/28/03) N

| Fingerprint Notification | NOTICE DATE
July 01, 2004 |
| --- | --- |

| CASE TYPE
I485    Application To Register Permanent Residence Or Adjust Status | | | INS A#
A 097 865 460 |
| --- | --- | --- | --- |
| APPLICATION NUMBER
FPS*002569892 | RECEIVED DATE
June 14, 2004 | PRIORITY DATE
June 14, 2004 | PAGE
1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

CORNELIA M STEUBE
34 WATERSIDE CIRCLE
REDWOOD CITY CA 94065



|.|..|.||...||..||.|.|.|.|

To process your application, INS must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| **APPLICATION SUPPORT CENTER**
INS SAN FRANCISCO
250 BROADWAY STREET
SAN FRANCISCO CA 94111 | **DATE AND TIME OF APPOINTMENT**
08/04/2004
08:00 AM |
| --- | --- |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
**1. THIS APPOINTMENT NOTICE** and
**2. PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

---

**REQUEST FOR RESCHEDULING**

Please reschedule my appointment for the next available:    ☐ Wednesday afternoon    ☐ Saturday afternoon

INS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

INS SAN FRANCISCO
250 BROADWAY STREET
SAN FRANCISCO CA 94111

If you have any questions regarding this notice, please call 1-800-375-5283.    APPLICANT COPY

APPLICATION NUMBER
FPS*002569892

**WARNING!**
*Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

**EXHIBIT E**

## Martin Lawler

**From:**    Connie Steube [conniesteube@sbcglobal.net]

**Sent:**    Thursday, May 31, 2007 9:19 AM

**To:**    Martin Lawler

**Subject:** FW: WAC-04-183-50797

Dear Mr. Lawler,
Find below an e-mail attorney Leaf sent to the CSC before the I-140 approval. It describes Joaquin's background and the reason for the "national interest".

Regards,
Connie

-----Original Message-----
**From:** Maralyn D. Leaf [mailto:mdleaf@leaflaw.com]
**Sent:** Thursday, September 01, 2005 4:03 PM
**To:** 'Connie Steube'
**Subject:** FW: WAC-04-183-50797

Please see my immediate email response to the CSC.

Maralyn D. Leaf, Esq.

LEAF KOERNER, LLC.
Bank Of America Tower
at International Place
100 S.E. 2nd Street
Suite 2330
Miami, Florida 33131
Tel: (305) 373-0733
Fax: (305) 373-0734
Web: www.leaflaw.com

-----Original Message-----
**From:** Maralyn D. Leaf [mailto:mdleaf@leaflaw.com]
**Sent:** Thursday, September 01, 2005 6:23 PM
**To:** 'CSC-XII.140@dhs.gov'
**Subject:** WAC-04-183-50797

Dear Sir/Madam:

Our office filed an I-140 petition for Mr. Joaquin Rodriguez Torres on June 14, 2004, as an advanced degree professional in the National Interest of the United States.

We see on the Service web site that the California Service Center's processing times for this type of case is May 3, 2005. Thus, it appears that the Service is about a year past this matter. Mr. Rodriguez Torres has earned a Master's Degree from the Darden School, University of Virginia where he won the Faculty Award for Academic Excellence. He is a leader in the area of corporate finance and especially in the technology sector. He has done pioneering work in one of the most complex corporate finance topics, private equity. He has led an extensive research project on behalf of the Batten Institute. He co-authored a study entitled "Practices of Active Private Equity Firms in Latin America," considered to be one of the most thorough international case studies on the subject. "Mr. Rodriguez Torres experience in structuring public offerings in volatile sectors such as technology, most definitely sets him apart from those in the industry." Trish Regan, National Television Correspondent, CBS Market Watch, San Francisco.

Clearly, in our "national interest," Mr. Rodriguez Torres' petition should be approved and he deserves a warm

5/31/2007

welcome to the United States.

Thank you for your kind attention to this matter.

Sincerely,
Maralyn Leaf, Esq.

Maralyn D. Leaf, Esq.

LEAF KOERNER, LLC.
Bank Of America Tower
at International Place
100 S.E. 2nd Street
Suite 2330
Miami, Florida 33131
Tel: (305) 373-0733
Fax: (305) 373-0734
Web: www.leaflaw.com