AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER<br>Maxine Bayley | TITLE<br>Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Summons were served with a copy of the complaint and all initiating documents by certified mail, postage prepaid on June 28, 2007 to the following: Edward Olsen, AUSA 450 Golden Gate Ave. 10th Floor, Box 36055 San Francisco, CA 94102; Alberto Gonzales U.S. Attorney General, USDOJ 950 Pennsylvania Ave., NW Washington, DC 20530-0001; Gerard Heinauer, Dire Director USCIS Nebraska Service Center, P.O. Box 82 82521 Lincoln, NE 68501-2521; Emilio T. Gonzalez, Director, USCIS 20 Massachusetts Ave., NW Washington, DC 20529; Michael Chertoff, Secretary US Dept. of Homel Homeland Security Washington, DC 20528; Robert Mueller, Director, Federal Bureau of Investigation (FBI) J. Edgar Hoover Bldg. 935 Pennsylvania Ave., NW Washington DC 20535-0001.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/28/07
    Date

Signature of Server
LAWLER & LAWLER
201 Filbert Street, Suite 400
San Francisco, CA 94133
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure