1

2                    IN THE UNITED STATES DISTRICT COURT

3                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5

6   JOAQUIN A. RODRIGUEZ TORRES,                    No. C 07-03345 TEH

7              Plaintiff,                           **Clerk's Notice
                                                    Rescheduling Hearing**
8     v.

9   GERARD HEINAUER,

10             Defendant.
                                                /
11

12
    (Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on
13  the attached certificate of service)

14
    YOU ARE NOTIFIED THAT the *Initial Case Management Conference* previously set for 10/01/07
15  at 1:30 PM has been rescheduled for **Monday, 10/22/07** at **1:30 PM**, before the Honorable Thelton

16  E. Henderson.  Please report to Courtroom 12, on the 19th Floor, U.S. District Courthouse, 450

    Golden Gate Avenue, San Francisco, CA  94102.   Not less than 7 days prior, counsel shall submit a
17
    joint case management conference statement.
18

19  All other deadlines in the initial case management scheduling order filed on 06/26/07 remain in

20  effect.

21

22

    Dated:   August 30, 2007                          FOR THE COURT,
23

24                                                     Richard W. Wieking, Clerk

25                                                     By: _____
                                                         R. B. Espinosa
26                                                       Deputy Clerk

27

28

**United States District Court**
For the Northern District of California