SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOAQUIN A. RODRIGUEZ TORRES, CORNELIA M. STEUBE, <br><br> Plaintiffs, <br><br> v. <br><br> GERARD HEINAUER, Director, U.S. Citizenship and Immigration Services, Nebraska Service Center; DR. EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; MICHAEL CHERTOFF, Secretary of the U.S. Department of Homeland Security; ROBERT MUELLER, Director, Federal Bureau of Investigations; ALBERTO GONZALES, Attorney General, U.S. Department of Justice, <br><br> Defendants. | No. C 07-3345 TEH <br><br> **ANSWER** |

    Defendants hereby submit their answer to Plaintiffs' Complaint for a Writ in the Nature of Mandamus.

    The initial unnumbered Paragraph consists of Plaintiffs' characterization of this action for which no answer is necessary; however, to the extent a response is deemed to be required, the Defendants deny that they have improperly withheld action on Plaintiffs' applications to their

Answer
C07-3345 TEH                               1

1 | detriment.

## PARTIES

1. Defendants admit the allegations in Paragraph One.
2. Defendants admit the allegations in Paragraph Two.
3. Defendants admit the allegations in Paragraph Three.
4. Defendants admit the allegations in Paragraph Four.
5. Defendants admit the first two sentences in Paragraph Five. Defendants deny the third sentence of Paragraph Five. Defendants are without sufficient information to admit or deny the allegations in the last sentence of Paragraph Five.

## JURISDICTION

6. Paragraph Six consists of Plaintiffs' allegation regarding jurisdiction, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendants deny the allegations in this paragraph.

## VENUE

7. Defendants admit the allegations in Paragraph Seven.

## EXHAUSTION

8. Defendants deny the allegations in Paragraph Eight.

## STATEMENT OF FACTS

9. Defendants are without sufficient information to admit or deny the allegations in Paragraph Nine.
10. Defendants admit the allegations in Paragraph Ten.
11. Defendants admit the allegations in Paragraph Eleven.
12. Defendants are without sufficient information to admit or deny the allegations in Paragraph Twelve.
13. Defendants deny the allegations in Paragraph Thirteen.
14. Defendants admit the first two sentences in Paragraph Fourteen. Defendants are without sufficient information to admit or deny the remaining claims in Paragraph Fourteen.

Answer
C07-3345 TEH                                   2

15. Defendants admit that Plaintiffs must obtain annual work permits and travel parole documents. Defendants are without sufficient information to admit or deny the remaining allegations in Paragraph Fifteen.

16. Defendants are without sufficient information to admit or deny the allegations in Paragraph Sixteen.

17. Defendants deny the allegations in Paragraph Seventeen.

## FIRST CLAIM FOR RELIEF

18. Defendants re-allege and incorporate by reference to Paragraph One through Seventeen as if set forth fully herein.

19. Defendants admit the allegations in Paragraph Nineteen.

20. Defendants deny the allegations in Paragraph Twenty.

21. Defendants deny the allegations in Paragraph Twenty-One.

## RELIEF REQUESTED

22. Paragraph Twenty-Two consists of Plaintiffs' prayer for relief, to which no admission or denial is required; to the extent a responsive pleading is deemed to be required, Defendants deny this paragraph.

## FIRST AFFIRMATIVE DEFENSE

The court lacks jurisdiction over the subject matter of this action.

## SECOND AFFIRMATIVE DEFENSE

The Complaint fails to state a claim against the Defendants upon which relief can be granted.

## THIRD AFFIRMATIVE DEFENSE

No acts or omissions by the United Stats or its employees were the proximate cause of any injury or damages to the Plaintiffs.

## FOURTH AFFIRMATIVE DEFENSE

At all times alleged in the complaint, Defendants were acting with good faith, with justification, and pursuant to authority.

## FIFTH AFFIRMATIVE DEFENSE

Defendants are processing the applications referred to in the Complaint to the extent possible

Answer
C07-3345 TEH                                3

1 | at this time. Accordingly, no relief as prayed for is warranted.

**SIXTH AFFIRMATIVE DEFENSE**

Defendants' delay is not unreasonable as a matter of law.

WHEREFORE, Defendants pray for relief as follows:

That judgment be entered for Defendants and against Plaintiffs, dismissing Plaintiffs' complaint with prejudice; that Plaintiffs take nothing; and that the Court grant such further relief as it deems just and proper under the circumstances.

Dated: August 31, 2007                    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Answer
C07-3345 TEH                                          4