SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOAQUIN A. RODRIGUEZ TORRES, CORNELIA M. STEUBE,<br><br>Plaintiffs,<br><br>v.<br><br>GERARD HEINAUER, Director, U.S. Citizenship and Immigration Services, Nebraska Service Center;<br>DR. EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services;<br>MICHAEL CHERTOFF, Secretary of the U.S. Department of Homeland Security;<br>ROBERT MUELLER, Director, Federal Bureau of Investigations;<br>ALBERTO GONZALES, Attorney General, U.S. Department of Justice,<br><br>Defendants. | No. C 07-3345 TEH<br><br>**PARTIES' JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS and [PROPOSED] ORDER** |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them. Here, the parties agree that referral to a formal ADR process will not be beneficial because this mandamus action is limited to plaintiffs' request that this Court compel

Parties' Request to be Exempt from Formal ADR Process
C07-3345 TEH                                1

defendants to adjudicate their applications for adjustment of status. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: September 10, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: September 10, 2007

/s/
MARTIN J. LAWLER
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____

THELTON E. HENDERSON
United States District Judge