1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12 JOAQUIN A. RODRIGUEZ TORRES,           )
   CORNELIA M. STEUBE,                    )   No. C 07-3345 TEH
13                                        )
                Plaintiffs,               )
14                                        )
             v.                           )
15                                        )   **PARTIES' JOINT REQUEST TO BE**
                                          )   **EXEMPT FROM FORMAL ADR**
   GERARD HEINAUER, Director, U.S.        )   **PROCESS and [PROPOSED] ORDER**
16 Citizenship and Immigration Services,  )
   Nebraska Service Center;               )
17 DR. EMILIO T. GONZALEZ, Director, U.S. )
   Citizenship and Immigration Services;  )
18 MICHAEL CHERTOFF, Secretary of the U.S.)
   Department of Homeland Security;       )
19 ROBERT MUELLER, Director,              )
   Federal Bureau of Investigations;      )
20 ALBERTO GONZALES, Attorney General,    )
   U.S. Department of Justice,            )
21                                        )
                Defendants.               )
22 _____)

23     Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute

24 Resolution Procedures in the Northern District of California," or the specified portions of the ADR

25 Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution

26 options provided by the court and private entities, and considered whether this case might benefit

27 from any of them.  Here, the parties agree that referral to a formal ADR process will not be

28 beneficial because this mandamus action is limited to plaintiffs' request that this Court compel

Parties' Request to be Exempt from Formal ADR Process
C07-3345 TEH                                    1

defendants to adjudicate their applications for adjustment of status. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: September 10, 2007                                      Respectfully submitted,

                                                               SCOTT N. SCHOOLS
                                                               United States Attorney


                                                               ___/s/_____
                                                               ILA C. DEISS
                                                               Assistant United States Attorney
                                                               Attorney for Defendants


Dated: September 10, 2007                                      ___/s/_____
                                                               MARTIN J. LAWLER
                                                               Attorney for Plaintiffs


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:    09/12/07                                              _____
                                                               THELTON E. HENDERSON
                                                               United States District Judge



Parties' Request to be Exempt from Formal ADR Process
C07-3345 TEH                                                   2