SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOAQUIN A. RODRIGUEZ TORRES, CORNELIA M. STEUBE,<br><br>Plaintiffs,<br><br>v.<br><br>GERARD HEINAUER, Director, U.S. Citizenship and Immigration Services, Nebraska Service Center;<br>DR. EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services;<br>MICHAEL CHERTOFF, Secretary of the U.S. Department of Homeland Security;<br>ROBERT MUELLER, Director, Federal Bureau of Investigations;<br>ALBERTO GONZALES, Attorney General, U.S. Department of Justice,<br><br>Defendants. | No. C 07-3345 TEH<br><br>**JOINT CASE MANAGEMENT STATEMENT** and **[Proposed] ORDER** |

1. Jurisdiction and Service:

The basis asserted by plaintiff for this Court's jurisdiction is 28 U.S.C. § 1331, 5 U.S.C. § 706 and 28 U.S.C. § 1361. The parties do not dispute that venue is proper in this district. No issues exist regarding personal jurisdiction or venue, and no parties remain to be served.

2. Facts:

The plaintiffs each filed a Form I-485 application to adjust their status to lawful permanent

Joint Case Management Statement
C07-3345 TEH                    1

resident with the United States Citizenship and Immigration Services (USCIS) on or about June 14, 2004. The USCIS has not yet adjudicated the Form I-485 applications. Plaintiff Rodriguez Torres's name check remains pending with the FBI. Plaintiff Steube Plaintiffs filed an action on June 26, 2007, seeking an order from this Court directing USCIS to adjudicate their Form I-485 applications.

3. Legal Issues:

Whether this Court should dismiss the plaintiffs' action as to certain defendants for lack of subject matter jurisdiction. Whether the USCIS is processing the plaintiffs' I-485 applications within a reasonable period of time.

4. Motions:

The parties intend to file cross-motions for summary judgment.

5. Amendment of Pleadings:

No parties, claims or defenses are expected to be added or dismissed.

6. Evidence Preservation:

The parties do not have any evidence that falls within this category.

7. Disclosures:

The parties believe that the initial disclosure requirements of Fed. R. Civ. P. 26 do not apply to this case.

8. Discovery:

The parties do not intend to take any discovery at this time.

9. Class Actions:

N/A

10. Related Cases:

The parties are not aware of any related case or cases.

11. Relief:

The plaintiffs ask this Court to direct USCIS to adjudicate their Form I-485 applications.

12. Settlement and ADR:

The parties' filed a joint request for an exemption from the ADR process on September 10,

Joint Case Management Statement
C07-3345 TEH                              2

1  2007.

2  13. Consent to Magistrate Judge for All Purposes:

3  Plaintiffs do not consent to a magistrate judge.

4  14. Other References:

5  The parties do not believe that this case is suitable for reference to binding arbitration, a
6  special master, or the Judicial Panel on Multidistrict Litigation.

7  15. Narrowing of Issues:

8  The parties do not believe that the issues can be narrowed by agreement or by motion, and do
9  not have suggestions to expedite the presentation of evidence at trial (e.g. through summaries or
10  stipulated facts), and any request to bifurcate issues, claims or defenses.

11  16. Expedited Schedule:

12  The parties believe this case can be resolved on cross-motions for summary judgment.

13  17. Scheduling:

14  The parties propose filing cross-motions for summary judgment on October 26, 2007, if they
15  are unable to resolve the matter by then.

16  18. Trial:

17  The parties do not anticipate the need for a trial in this case.

18  19. Disclosure of Non-party Interested Entities or Persons:

19  The parties' intend to file the "Certification of Interested Entities or Persons" required by Civil
20  Local Rule 3-16.

21  20. Such other matters as may facilitate the just, speedy and inexpensive disposition of this
22  matter.

23  None.

24  ///
25  ///
26  ///
27  ///
28  ///

Date: September 24, 2007            Respectfully submitted,

                                    SCOTT N. SCHOOLS
                                    United States Attorney

                                    /s/
                                  ILA C. DEISS
                                  Assistant United States Attorney
                                  Attorneys for Defendants

                                    /s/
Date: September 24, 2007            MARTIN J. LAWLER
                                  Attorney for Plaintiff

## CASE MANAGEMENT ORDER

The Joint Case Management Statement and Proposed Order are hereby adopted by the Court as the Case Management Order for the case, and the parties are ordered to comply with this Order.

Date: _____
                                  THELTON E. HENDERSON
                                  United States District Judge