1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169

7 | Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOAQUIN A. RODRIGUEZ TORRES, CORNELIA M. STEUBE, <br><br> Plaintiffs, <br><br> v. <br><br> GERARD HEINAUER, Director, U.S. Citizenship and Immigration Services, Nebraska Service Center; <br> DR. EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; <br> MICHAEL CHERTOFF, Secretary of the U.S. Department of Homeland Security; <br> ROBERT MUELLER, Director, Federal Bureau of Investigations; <br> ALBERTO GONZALES, Attorney General, U.S. Department of Justice, <br><br> Defendants. | No. C 07-3345 TEH <br><br> **STIPULATION TO EXTEND CASE MANAGEMENT CONFERENCE AND PARTIES' CROSS MOTIONS FOR SUMMARY JUDGMENT DATES; and [PROPOSED] ORDER** <br><br><br> CMC Date: October 22, 2007 <br> Time: 1:30 p.m. |

Plaintiffs, by and through their attorneys of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiffs filed this action on or about June 26, 2007. The Defendants filed their response on August 31, 2007.

2. Pursuant to this Court's August 30, 2007 Notice Rescheduling the Hearing, the parties are required to attend a case management conference on October 22, 2007.

Stipulation to Extend Dates
C07-3345 TEH                                                1

3. Plaintiffs' counsel is undergoing a medical procedure, and cannot attend the case management conference which is currently scheduled for October 22, 2007.

4. Accordingly, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Case Management Conference: | November 26, 2007 at 1:30 p.m. |
| Parties' Cross Motions for Summary Judgment: | November 30, 2007 |

Dated: October 22, 2007				Respectfully submitted,

						SCOTT N. SCHOOLS
						United States Attorney


						_____/s/_____
						ILA C. DEISS
						Assistant United States Attorney
						Attorney for Defendants


Dated: October 22, 2007				_____/s/_____
						MARTIN J. LAWLER
						Attorney for Plaintiffs


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
						THELTON E. HENDERSON
						United States District Judge

Stipulation to Extend Dates
C07-3345 TEH				2