1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12 JOAQUIN A. RODRIGUEZ TORRES,      )
   CORNELIA M. STEUBE,                )   No. C 07-3345 TEH
13                                    )
              Plaintiffs,              )
14                                    )
           v.                          )   **STIPULATION TO EXTEND CASE**
15                                    )   **MANAGEMENT CONFERENCE AND**
   GERARD HEINAUER, Director, U.S.    )   **PARTIES' CROSS MOTIONS FOR**
16 Citizenship and Immigration Services,)  **SUMMARY JUDGMENT DATES; and**
   Nebraska Service Center;           )   [PROPOSED] **ORDER**
17 DR. EMILIO T. GONZALEZ, Director, U.S. )
   Citizenship and Immigration Services; )
18 MICHAEL CHERTOFF, Secretary of the U.S. )
   Department of Homeland Security;   )
19 ROBERT MUELLER, Director,          )   CMC Date: October 22, 2007
   Federal Bureau of Investigations;  )   Time: 1:30 p.m.
20 ALBERTO GONZALES, Attorney General, )
   U.S. Department of Justice,         )
21                                    )
              Defendants.              )
22 _____    )

23      Plaintiffs, by and through their attorneys of record, and Defendants, by and through their

24 attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

25      1. Plaintiffs filed this action on or about June 26, 2007. The Defendants filed their response on

26 August 31, 2007.

27      2. Pursuant to this Court's August 30, 2007 Notice Rescheduling the Hearing, the parties are

28 required to attend a case management conference on October 22, 2007.

Stipulation to Extend Dates
C07-3345 TEH                           1

3. Plaintiffs' counsel is undergoing a medical procedure, and cannot attend the case management conference which is currently scheduled for October 22, 2007.

4. Accordingly, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Case Management Conference: | November 26, 2007 at 1:30 p.m. |
| Parties' Cross Motions for Summary Judgment: to be filed on or before | November 30, 2007 |

Dated: October 22, 2007                Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


                                        /s/
                                       ILA C. DEISS
                                       Assistant United States Attorney
                                       Attorney for Defendants


Dated: October 22, 2007                 /s/
                                       MARTIN J. LAWLER
                                       Attorney for Plaintiffs


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  10/22/07
                                       THELTON E. HENDERSON
                                       United States District Judge

Stipulation to Extend Dates
C07-3345 TEH                           2