IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUIN A. RODRIGUEZ TORRES, | No. C 07-03345 TEH |
| Plaintiff, | **Clerk's Notice Rescheduling Hearing** |
| v. | |
| GERARD HEINAUER, | |
| Defendant. | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the attached certificate of service)

YOU ARE NOTIFIED THAT the *Initial Case Management Conference* previously set for 11/26/07 at 1:30 PM has been rescheduled for **Monday, 12/10/07** at **1:30 PM**, before the Honorable Thelton E. Henderson. Please report to Courtroom 12, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Not less than 7 days prior, counsel shall submit a joint case management conference statement.

Dated: November 5, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
R. B. Espinosa
Deputy Clerk