MARTIN J. LAWLER (CSBN 77127)
MAXINE BAYLEY (DC 490710)
Attorneys
    Lawler & Lawler
    201 Filbert Street, Suite 400
    San Francisco, California 94133
    Telephone: (415) 391-2010
    FAX: (415) 781-6181
    Email: mlawler@aboutvisas.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joaquin A. Rodriguez-Torres )<br>Cornelia Steube )<br>    )<br>    Plaintiffs, )<br>    )<br>    v. )<br>    )<br>Mr. Gerard Heinauer, Director )<br>U.S. Citizenship & Immigration Services )<br>Nebraska Service Center, et al. )<br>    )<br>    Defendants. )<br>    ) | Civil Case No. 07-CV-03345 TEH<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>[FED. R. CIV. P. 56(b), (c)]<br><br>Date: January 7, 2008<br>Time: 10:00AM<br>Location: Courtroom 12 |

PLEASE TAKE NOTICE that on January 7, 2008 at 10:00AM, or as soon thereafter as the parties may be heard, Plaintiffs will bring for hearing a motion for summary judgment on their complaint for a writ of mandamus pursuant to the Federal Rules of Civil Procedure 56(c). The hearing will take place before the Honorable Judge Thelton E. Henderson, in Courtroom 12 at 450 Golden Gate Avenue, San Francisco, California 94102.

Plaintiffs assert that there are no genuine issues of material fact in dispute and that they are entitled to judgment as a matter of law.

1  This motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities, all pleadings and papers on file in this action, and upon such other matters as may be presented to the Court at the time of the hearing.

DATED: November 29, 2007                    Respectfully submitted,


                                            _____/s/_____
                                            MARTIN J. LAWLER