IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUIN A. RODRIGUEZ TORRES, | No. C 07-03345 TEH |
| Plaintiff, | **Clerk's Notice Rescheduling Hearing** |
| v. | |
| GERARD HEINAUER, | |
| Defendant. | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the attached certificate of service)

YOU ARE NOTIFIED THAT the *motion hearing* previously set for 01/07/08 at 10:00 AM has been rescheduled for **Monday, 03/10/08** at **10:00 AM**, before the Honorable Thelton E. Henderson. Please report to Courtroom 12, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.  The briefing schedule shall remain the same.  However, the Court will entertain a stipulation to change the briefing schedule, provided that the Reply is filed no later than February 4, 2008.

Dated:   December 4, 2007                                                          FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
R. B. Espinosa
Deputy Clerk