UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## CIVIL MINUTES

**Judge:  Thelton E. Henderson**

**Date**:  December 10, 2007

**Case No:** C 07-03345 TEH

**Case Title**:  JOAQUIN A. RODRIGUEZ TORRES v. GERARD HEINAUER

**Appearances:**

    For Plaintiff(s): Martin Lawler

    For Defendant(s): Ila Deiss

**Deputy Clerk**:  Rowena B. Espinosa    **Court Reporter**: not reported

## PROCEEDINGS

1. Initial Case Management Conference - held

MOTION/MATTER: ( ) Granted
                ( ) Denied
                ( ) Granted in part/Denied in part
                ( ) Taken under submission
                ( ) Withdrawn/Off Calendar
                (X) Continued to: **Monday, 03/10/08 @ 10:00 AM for Motion Hearing**

## SUMMARY

- The cross-motions have been filed and set for hearing on March 10, 2008.