1 | JOSEPH P. RUSSONIELLO, CSBN 44332)
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169

7 | Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOAQUIN A. RODRIGUEZ TORRES, CORNELIA M. STEUBE, | No. C 07-3345 TEH |
| Plaintiffs, | |
| v. | **STIPULATION TO DISMISS AND [PROPOSED] ORDER** |
| GERARD HEINAUER, Director, U.S. Citizenship and Immigration Services, Nebraska Service Center; DR. EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; MICHAEL CHERTOFF, Secretary of the U.S. Department of Homeland Security; ROBERT MUELLER, Director, Federal Bureau of Investigations; ALBERTO GONZALES, Attorney General, U.S. Department of Justice, | |
| Defendants. | |

Plaintiffs, by and through their attorney of record, and Defendants by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action without prejudice because the United States Citizenship and Immigration Services agrees to adjudicate Plaintiffs' adjustment of status applications (Form I-485) pursuant to USCIS policy, as articulated in the memorandum entitled Revised National Security Adjudication and Reporting Requirements by Michael Aytes, Associate Director of Domestic Operations, HQ 70/23 and 70/28.1, within 30 days of the dismissal of this action.

Stipulation to Dismiss
C07-3345 TEH                                             1

1 | The parties also request that the Court vacate the case management conference scheduled for
2 | March 10, 2008.
3 | Each of the parties shall bear their own costs and fees.

4 | Dated: March 4, 2008         Respectfully submitted,

5 |                              JOSEPH P. RUSSONIELLO
                                 United States Attorney

8 |                              _____/s/_____
                                 ILA C. DEISS[1]
                                 Assistant United States Attorney
9 |                              Attorney for Defendants

11 | Dated: March 4, 2008         _____/s/_____
                                  MARTIN J. LAWLER
12 |                              Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

18 | Date:                         _____
                                   THELTON E. HENDERSON
19 |                               United States District Judge

---

[1] I, Ila C. Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Dismiss
C07-3345 TEH                                2