```
 1  JOSEPH P. RUSSONIELLO, CSBN 44332)
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    ILA C. DEISS, NY SBN 3052909
 4  Assistant United States Attorney

 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 6     Telephone: (415) 436-7124
       FAX: (415) 436-7169
 7
    Attorneys for Defendants
 8                              UNITED STATES DISTRICT COURT

 9                            NORTHERN DISTRICT OF CALIFORNIA

10                                  SAN FRANCISCO DIVISION

11  JOAQUIN A. RODRIGUEZ TORRES,       )
    CORNELIA M. STEUBE,                )   No. C 07-3345 TEH
12                                     )
              Plaintiffs,              )
13                                     )
           v.                          )   STIPULATION TO DISMISS AND
14                                     )   [PROPOSED] ORDER
    GERARD HEINAUER, Director, U.S.    )
15  Citizenship and Immigration Services,)
    Nebraska Service Center;           )
16  DR. EMILIO T. GONZALEZ, Director, U.S.)
    Citizenship and Immigration Services;)
17  MICHAEL CHERTOFF, Secretary of the U.S.)
    Department of Homeland Security;   )
18  ROBERT MUELLER, Director,          )
    Federal Bureau of Investigations;  )
19  ALBERTO GONZALES, Attorney General,)
    U.S. Department of Justice,        )
20                                     )
              Defendants.              )
21  _____)
```

22     Plaintiffs, by and through their attorney of record, and Defendants by and through their

23  attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action

24  without prejudice because the United States Citizenship and Immigration Services agrees to

25  adjudicate Plaintiffs' adjustment of status applications (Form I-485) pursuant to USCIS policy, as

26  articulated in the memorandum entitled Revised National Security Adjudication and Reporting

27  Requirements by Michael Aytes, Associate Director of Domestic Operations, HQ 70/23 and

28  70/28.1, within 30 days of the dismissal of this action.

Stipulation to Dismiss
C07-3345 TEH                                        1

The parties also request that the Court vacate the case management conference scheduled for March 10, 2008.

Each of the parties shall bear their own costs and fees.

Dated: March 4, 2008              Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

                                  /s/
                                  ─────────────────────
                                  ILA C. DEISS[1]
                                  Assistant United States Attorney
                                  Attorney for Defendants

Dated: March 4, 2008              /s/
                                  ─────────────────────
                                  MARTIN J. LAWLER
                                  Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:    03/04/08                 ─────────────────────
                                  THELTON E. HENDERSON
                                  United States District Judge



───────────────────────────

[1] I, Ila C. Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Dismiss
C07-3345 TEH                                2